### 510 POWERS ET AL. vs. CIRCUIT JUDGE (Kent), 30 M., 386.

To compel respondent to strike from the files an amended declaration.

Denied October 21, 1874.

Action for injury, caused by the obstruction of a river by a dam, to lumber manufactured by plaintiffs at their mill above the obstruction, and the amendment referred also to lumber and timber purchased by plaintiffs as well as that manufactured by them.